IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

REV. COLUMBA NNOROM, Ph.D.,
        Plaintiff,
v.                                                        Civil Action No. 3:20-cv-322

VIRGINIA UNION UNIVERSITY,
        Defendant.

## FINAL ORDER

This matter comes before the Court on the defendant's motion to dismiss. (Dk. No. 13.) For the reasons stated in the accompanying Opinion, the Court GRANTS the motion and DISMISSES the case WITH PREJUDICE. The Court DIRECTS the Clerk to terminate the case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 23 September 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge